===============================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_NORTHERN_   DISTRICT OF   _NEW YORK_

**JUDGMENT IN A CIVIL CASE**

Civil Action 6:07-CV-0653 (LEK)

**IN RE THE BENNETT FUNDING GROUP, INC.,**

Bankruptcy Case No. 96-61376

Debtor,

___   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED in its ENTIRETY, in favor of the appellee (the decision of the Bankruptcy Court is affirmed) and against the appellant, in accordance with the ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated June 25, 2007.

DATE:  June 25, 2007.

_LAWRENCE K. BAERMAN_
CLERK OF THE COURT

Scott A. Snyder
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**